No. 662. JOHN E. KERR ET AL., PETITIONERS, *v.* UNION MARINE INSURANCE COMPANY, LIMITED. May 16, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wilhelmus Mynderse* for petitioners. *Mr. Albert A. Wray* for respondent.

No. 665. HELEN HACKLEY LITTELL, PETITIONER, *v.* CHARLES H. HACKLEY ET AL. May 16, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Morse Ives* for petitioner. *Mr. Willard Kingsley* for respondents.

No. 666. WILLIAM J. BRAKE, AS ADMINISTRATOR, PETITIONER, *v.* N. A. CALLISON. May 16, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. Bisbee, Mr. James E. Padgett* and *Mr. George C. Bedell* for petitioner. *Mr. C. D. Rinehart* for respondent.

No. 661. W. L. WELLS COMPANY, PETITIONER, *v.* GASTONIA COTTON MANUFACTURING COMPANY. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Charles W. Tillett* and *Mr. Murray F. Smith* for petitioner. *Mr. Charles Price* for respondent.

No. 699. CALIFORNIA REDUCTION COMPANY ET AL., PETITIONERS, *v.* SANITARY REDUCTION WORKS OF SAN FRANCISCO. May 31, 1904. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Charles Page, Mr. E. J. McCutchen* and *Mr. Garret W. McEnerney* for petitioners.